# Exhibit C

FORM B6A (Official Form 6A) (12/07)

In re **Mendez, Teofilo and Gloria Heredia**                               ,          Case No._____
                              Debtor(s)                                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *55-09 97th Place, Corona, NY - Debtor's Primary Residence - 3 family home* | Husband and Wife | J | $ 720,752.00 | $ 720,752.00 |
| *40-21 108th Street, Corona, NY 11368 - 2 Family and Store* | Husband and Wife | J | $ 882,151.00 | $ 702,400.00 |
| *1% interest by Husband in 55-19 97th Place, Corona, NY 11368, 99% owned by sister (Nidia Mendez Altamirano) and niece (Norma Rodriguez) - Home valued at $446,011.00, and mortgage owed to Ocwen in the amount of $378,000.00* | Equitable Interest | H | $ 1.00 | $ 1.00 |

No continuation sheets attached

**TOTAL $**  **1,602,904.00**
(Report also on Summary of Schedules.)