UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

───────────────────────────────────────────

In Re:

Teofilo Mendez and Gloria Heredia

                       Debtors.

Case No.: 15-41720-cec
Chapter 7

Assigned to:
Hon. Carla E. Craig
Bankruptcy Judge

───────────────────────────────────────────

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the motion of Central Mortgage Company (the "Motion"), dated May 5, 2015 for an order pursuant to 11 U.S.C. § 362(d), granting them relief from automatic stay, and proof of service upon all necessary parties and the Court having jurisdiction to consider the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, and the Court having found that good and sufficient cause exists for granting the Motion, it is hereby

ORDERED, that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated as to movant's lien interest in the property located at 5509 97th PLACE, CORONA, NY 11368, thereby allowing Creditor take such actions, with respect to this real property, as are set forth under applicable non-bankruptcy law; and it is further

ORDERED, that this Order shall be effective immediately upon its entry, such that the fourteen day stay created by Bankruptcy Rule 4001(a)(3) or any other applicable rule is hereby waived; and it is further

ORDERED, that the Trustee shall retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus money proceedings.



Dated: Brooklyn, New York
June 18, 2015

_____
Carla E. Craig
United States Bankruptcy Judge