**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

Teofilo Mendez and
Gloria Heredia,

Chapter:    7

Case No.:    15-41720 (CEC)

Debtors.

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the motion dated March 7, 2016 (the "Motion"), of Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, As Trustee for Bravo Mortgage Asset Trust 2006-1, Bravo Mortgage Asset Backed Pass-Through Certificates, Series 2006-1, for an order pursuant to 11 U.S.C. § 362(d), granting it relief from automatic stay, and proof of service upon all necessary parties, and no opposition being filed thereto; and the Court having jurisdiction to consider the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and after the Motion having come before the Court, where counsel for Leopold & Associates, PLLC appeared; and the Court having found that good and sufficient cause exists for granting the Motion, it is hereby

**ORDERED**, that the automatic stay instituted upon the filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d)(1) as to movant's lien interest in the property located at 55-19 97th Place, Corona, New York 11368 (the "Property") to allow to allow the Creditor's enforcement of its rights in, and remedies in and to, the Property; and it is further

**ORDERED**, that movant shall account to this estate for any surplus proceeds realized after sale.

**Dated: Brooklyn, New York**
**April 22, 2016**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**